IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ENRIQUE MATOS and LINDA MATOS,<br><br>                      Plaintiffs,<br><br>    v.<br><br>CITY OF CAMDEN, DETECTIVE MARSHALL MORGAN, and OFFICER LUIS SANCHEZ,<br><br>                      Defendants. | Civ. No. 06-205-NLH-JS<br><br><br>**ORDER** |

**APPEARANCES:**

Thomas Bruno II, Esquire
Abramson & Denenberg, PC
1315 Walnut Street, 12th Floor
Philadelphia, PA 19107

    *Attorneys for Plaintiffs*

Ralph R. Kramer, Esquire
605 White Horse Pike
Haddon Heights, NJ 08035

    *Attorney for Defendant Morgan*

John C. Eastlack, Jr., Esquire
Holston, MacDonald, Uzdavinis & Ziegler, PC
66 Euclid Street
PO Box 358
Woodbury, NJ 08096

    *Attorneys for Defendant Sanchez*

Frank A. Salvati, Esquire
Office of City Attorney
4th Floor - City Hall
Camden, NJ 08101

    *Attorneys for Defendant City of Camden*

**HILLMAN**, District Judge

THIS MATTER having come before the Court upon the motion for reconsideration filed by Defendant City of Camden; and

The Court having conducted oral argument on the motion on November 12, 2009, during which it noted the appearances of Thomas Bruno, II, Esquire on behalf of Plaintiff Enrique Matos, John C. Eastlack, Jr., Esquire on behalf of Defendant Luis Sanchez, Ralph Kramer, Esquire on behalf of Defendant Marshall Morgan, and Frank A. Salvati, Esquire on behalf of Cross-Defendant City of Camden; and

For the reasons set forth on the record during oral argument, with the Court reserving the right to supplement its oral opinions with a written opinion at a later time pursuant to L. Civ. R. 52.1, and for good cause shown;

**IT IS HEREBY ORDERED** this  13th  day of  November , 2009, that Defendant City of Camden's Motion for Reconsideration [72] is **DENIED**.

                                        s/ Noel L. Hillman
                                        HON. NOEL L. HILLMAN, U.S.D.J.
At Camden, New Jersey